Adam P. Segal, Esq.
Nevada Bar No. 6120
Ryan C. Curtis, Esq.
Nevada Bar No. 12949
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135
Email: asegal@bhfs.com
Email: rcurtis@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>KIRKWOOD STONE TILE & CARPET, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:13-00984-GMN-PAL<br><br>**ORDER FOR DEFAULT JUDGMENT** |

Before the Court is Plaintiffs' Motion for Default Judgment against Defendant. Default having been entered against Defendant, the Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Defendant Kirkwood Stone Tile & Carpet, Inc., in the amount of $390,437, representing delinquent contributions, liquidated damages, interest and attorneys' fees and costs.

**DATED** this 20th day of February, 2014.

Gloria M. Navarro, Chief Judge
United States District Court

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP


/s/ Ryan C. Curtis
Adam P. Segal, Esq., Nevada Bar No. 6120
Ryan C. Curtis, Esq., Nevada Bar No. 12949
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

Attorneys for Plaintiffs

020052\0305\10597216.1

2